# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARMAND BRADLEY, individually, and on behalf of all others similarly situated** | : : : : | **CIVIL ACTION** |
| **v.** | : : | |
| **BROOKHAVEN BOROUGH** | : | **NO. 25-155** |

## ORDER

**NOW**, this 20th day of March, 2025, upon consideration of the Motion of Defendant, Brookhaven Borough, to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(6) (Doc. No. 11) and the Plaintiff's Memorandum of Law in Opposition, **IT IS ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART.**

　/s/ Timothy J. Savage　
TIMOTHY J. SAVAGE, J.
